# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

2014 APR -2 PM 1:44

| | |
|---|---|
| BELINDA DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: |
| | ) |
| OFFICE OF THE HANCOCK COUNTY | ) **1 : 14 -cv- 0 5 0 2 TWP -DKL** |
| SHERIFF, OFFICER MCPHERSON, JOHN DOE | ) |
| ONE, JOHN DOE TWO, JOHN DOE THREE, | ) |
| JOHN DOE FOUR, JOHN DOE FIVE | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

### I.    NATURE OF CASE

1.    This lawsuit seeks monetary damages against the office of the Hancock County Sheriff and currently unknown officers of the Hancock County Sheriff's Office arising from the Defendant's deliberate indifference to the Plaintiff's serious medical needs, causing serious and permanent injuries.  The Defendant Office of the Hancock County Sheriff is sued under state law pursuant to the Indiana Tort Claims Act, I.C. §34-13-3-1, et seq., and the individual police officers are sued for their deliberate indifference to serious medical needs in violation of the Fourth Amendment to the United States Constitution, actionable pursuant to 42 U.S.C. §1983.

### II.    JURISDICTION AND VENUE

2.    This action is brought pursuant to 42 U.S.C. § 1983 and is based on the Eighth Amendment of the United States Constitution. This court has original subject matter jurisdiction of the federal questions presented pursuant to 28 U.S.C. § 1331 and § 1343, and supplemental jurisdiction of the state law claims pursuant to 28 U.C.S. § 1367.

3.     Venue is proper in the Southern District of Indiana, Indianapolis Division as the location of the events forming the basis of the Complaint, and the location of the parties are within the Southern District of Indiana.

4.     Belinda is an adult resident of Indiana.

5.     The Office of the Hancock County Sheriff is a political subdivision with its offices in Hancock County, Indiana.  This Defendant is sued only on Plaintiff's state law claims.

6.     Defendant Officer McPherson is, upon information and belief, an adult resident of Indiana and at all relevant times an employee of the Office of the Sheriff of Hancock County, Indiana.  This Defendant is sued only on Plaintiff's federal claims.

7.     Defendants John Does 1-5 are, upon information and belief, adult residents of Indiana and at all relevant times employees of the Office of the Sheriff of Hancock County, Indiana.  These Defendants are sued only on Plaintiff's federal claims.

III.    FACTS

8.     On July 10, 2013, at 2:00am in the morning Belinda Dennis knew something was wrong. She was experiencing swelling and having a hard time swallowing and felt dizzy as well as some trouble breathing. She asked her son to take her to Hancock Regional Hospital ER department where she was seen and tests performed. ER doctor concluded Belinda Dennis had laryngitis and acid reflex from pineapple.

9.     On July 10, 2013, around 9:30am Belinda Dennis went to animal control in Greenfield, IN and inquired about a dog. Animal control allowed Belinda to walk dog where as Belinda proceeded to place dog in her car and leave the scene and went to her home. Belinda's niece works at the Animal control and assisted the police in helping find Belinda where the police retrieved the dog and arrested Belinda Dennis.

2

10.     On July 10, 2013, Belinda proceeded to have problems with her throat area. This concerned Belinda enough to ask to be seen by a doctor at Hancock Jail. Jail staff instructed her to place information on Kiosk which she did.

11.     On July 11, 2013, Belinda went to court at Hancock courthouse where she saw Judge Marshall and she pointed at the swelling in her throat and the judge did comment on the swelling in her neck and throat area. Belinda started coughing up blood and having trouble breathing and she entered this on the kiosk as well as verbally tired to explain her problems to jail staff. They told her she would not receive to medical attention. The nurse for the jail was on vacation during this time and this jail didn't have anyone taking her place because a jail staff member took Belinda back to some room and proceeded to try and take her temperature which didn't go well as she was unable to figure out how to use machine.

12.     On July 11, 2013, at 11:00 pm Amanda Burton made a call to Hancock Jail and spoke to a female who answered phone asking what block my mom was in and if she had access to a phone. The lady responded with Belinda Dennis is in the day room and yes she has access to a phone. Amanda then asked is Belinda Dennis having any medical problems or any issues which she proceeded to tell her no.

13.     On July 12, 2013, 3:00 am Belinda Dennis was banging on window to jail staff. Jail staff opened Belinda's ceil where Belinda passed out into jail staff members arms and fell to her knees with trouble breathing and coughing blood from her mouth. Jail staff called for ambulance and Belinda Dennis was rushed to Hancock Regional hospital ICU where an emergency tracheotomy was preformed due to the oxygen Belinda was losing her level was dangerously low. Before the tracheotomy was preformed they were able to get a CT scan where Medical Doctor found two large abscesses blocking Belinda's air way and realized surgery to drain abscesses was necessary.

3

14.    As a result of the Defendants' conduct and failing to provide adequate and necessary medical care to Belinda Dennis, Belinda has suffered serious and permanent physical injuries.

## IV.    CLAIMS

15.    Defendant Office of the Hancock County Sheriff is legally responsible under Indiana State Law, for its actions and inactions, and under the doctrine of respondeat superior, for the actions and inactions of its employees, including the failure to provide needed medical care by Defendants Office McPherson and John Does 1-5.

16.    Defendants Office McPherson and John Does 1-5's actions constitute a deliberate indifference to Belinda's serious medical needs in violation of the Fourth Amendment to the United States Constitution, actionable pursuant to 42 U.S.C. §1983.

17.    Belinda reserves the right to assert any claims consistent with the facts alleged above, pursuant to a notice of pleading requirement of the Federal Rules of Civil Procedure.

## V.    NOTICE OF TORT CLAIM

18.    Within 180 days of July 12, 2013, Belinda served by certified mail upon Sheriff Michael Shephard and the Indiana Political Subdivision Risk Management Commission.

19.    As of today's date no response has been received from the Office of the Hancock County Sheriff.  Pursuant to the terms and conditions of the Indiana Tort Claims Act, Belinda's Notice of Tort Claim was deemed denied.

## VI.    JURY TRIAL REQUESTED

20.    Belinda requests a jury trial on his claims.

VII.   <u>RELIEF REQUESTED</u>

21.   Belinda seeks all relief available under the law, including compensatory and punitive damages, costs and attorney fees as to Defendants Office McPherson, John Does 1-5 and as to the Office of the Hancock County Sheriff, compensatory damages, costs, and all other appropriate relief.

Respectfully submitted,

_____
Andrew P. Wirick, Atty. No. 11362-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Fax: (317) 632-5595
ccody@humesmith.com
*Attorney for Plaintiff Belinda Dennis*